UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

EMANUEL DELACRUZ AN ON
BEHALF OF ALL OTHER PERSONS
SIMILARLY SITUATED,

Plaintiffs,

v.

HUMANA HEALTH COMPANY OF
NEW YORK, INC.,

Defendant.

---

Civil Action No. 1:18-cv-02583 (JPO)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a) and upon the stipulation of the parties, Plaintiff Emanuel Delacruz and Defendant Humana Health Company of New York, Inc., by their undersigned attorneys, hereby stipulate that all claims in this matter shall be dismissed with prejudice, and for good cause shown, it is hereby

**ORDERED** that this action shall be, and hereby is, dismissed with prejudice

Entered this 5th day of July, 2018.

_____
J. PAUL OETKEN
United States District Judge

8

**AGREED:**

EMANUEL DELACRUZ


By: *Dana L. Gottlieb*
Dana L. Gottlieb
GOTTLIEB & ASSOCIATES
150 East 18th Street, Suite PHR
New York, NY 10003
Tel: (212) 879-0240
Fax: (212) 982-6284
danalgottlieb@aol.com


HUMANA HEALTH COMPANY OF NEW YORK INC.


By: s/Rebecca Fiebig
Rebecca J. Fiebig
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7049
rfiebig@wileyrein.com

9